RECEIPT OF NOTICE OF ELECTRONIC FILING-ORP

**DAVID B. LOWRY**
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

FILED'05 NOV 30 13:37 USDC-ORP

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

**Monica Vorder Landwehr**

**Plaintiff,**

vs.

Civil No. 04-cv-01224-AS

**Commissioner of Social Security**

**Defendant.**

**ORDER GRANTING AWARD OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment

against defendant for expenses in the amount of $2.95, costs in the amount of $9.60, and

attorney's fees in the amount of $3641.73 for total in the amount of $3654.28, pursuant to EAJA,

28 U.S.C. § 2412 and 28 U.S.C. § 1920.

Done this 30 day of November, 2005.

_____
Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**